# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Ahmad Hosseinipour, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:08-cv-1205 |
| State Medical Board of Ohio, et. al., | : | JUDGE MARBLEY |
| | : | |
| Defendants. | | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 17, 2009 Order, the Court ADOPTS the Report and Recommendation of the Magistrate Judge in its entirety. This case is DISMISSED for failure to state a claim on which relief may be granted.

Date: **July 17, 2009**     **James Bonini, Clerk**

                                         s/Betty L. Clark
                                         Betty L. Clark/Deputy Clerk